# CASE ANNOUNCEMENTS

*April 2, 2010*

[Cite as *04/02/2010 Case Announcements,* 2010-Ohio-1463.]

## MOTION AND PROCEDURAL RULINGS

**1990–0291. State v. Durr.**

Cuyahoga App. No. 57140. By warrant of reprieve issued by the governor filed October 5, 2009, appellant's sentence was ordered to be carried out on Tuesday, April 20, 2010. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

It is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including but not limited to the filing requirements imposed by S.Ct.Prac.R. 14.1.

It is further ordered that service of documents as required by S.Ct.Prac.R. 14.2, shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in or issued by any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.

**1992–0405. State v. Hawkins.**

Hamilton App. Nos. C–910017 and C–900092. This cause came on for further consideration upon the filing of appellant's motion to strike the motion to set an execution date.

It is ordered by the court that the motion is denied, and appellant may file a response to the motion to set an execution date within 10 days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**2009–1986. State v. Craig.**

Summit App. No. 24580, 2009-Ohio-4861. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–2335. State ex rel. Walter v. Indus. Comm.**

Franklin App. No. 09AP–225, 2009-Ohio-5974. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–0433. State ex rel. Striker v. Smith.**

Richland App. No. 2008CA0336, 2010-Ohio-457.

**2010–0439. State ex rel. Aaron Rents, Inc. v. Ohio Bur. of Workers' Comp.**

Franklin App. No. 09AP–232, 2010-Ohio-218.